AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| United States of America<br>v.<br><br>Ahmad Khalil Elshazly<br>*Defendant(s)* | Case No. 3:19MJ 1708 (RMS) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 2018 to present__ in the county of __New Haven and elsewhere__ in the _____ District of __Connecticut__, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2339B | Attempting to Provide Material Support and Resources to a Foreign Terrorist Organization (FTO) |

This criminal complaint is based on these facts:

See attached Affidavit of Christopher Evans, Special Agent, Department of Homeland Security/Homeland Security Investigations (DHS/HSI).

☑ Continued on the attached sheet.

*Complainant's signature*

Christopher Evans, SA, DHS/HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/16/2019

/s/ Robert M. Spector
*Judge's signature*

City and state: New Haven, Connecticut

Hon. Robert M. Spector, U.S. Magistrate Judge
*Printed name and title*