UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIM. NO. 3:19-MJ-1708 (RMS) |
| AHMAD ELSHAZLY | : | February 7, 2020 |

## MOTION FOR RELEASE ON BOND AND BOND HEARING

Mr. Ahmad Elshazly is presently detained pending trial in connection with a complaint charging him with a violation of 18 U.S.C. § 2339B, attempting to provide material support to a foreign terrorist organization. At the initial presentment in this matter, the Court detained Mr. Elshazly based upon the rebuttable presumption of detention arising from the offense. Doc. 2.

Mr. Elshazly now moves, pursuant to 18 U.S.C. § 3142(f), that the Court hold a fulsome detention hearing and that the Court release Mr. Elshazly pending trial in this matter, subject to the conditions below. Defendant understands that the Court and parties are available for a hearing on February 13, 2020.

## PROPOSED CONDITIONS OF RELEASE

Defendant submits that under the circumstances of the present case, the following conditions, in addition to the standard conditions, are sufficient to reasonably assure Mr. Elshazly's appearance and the safety of the community:

1. Release to reside in the custody of his maternal aunt at an address that has been provided the United States Probation Office;

2. A condition of home confinement enforced by GPS location monitoring;

3. A requirement that Mr. Elshazly not have access to internet-enabled devices;

4. A bond co-signed by Mr. Elshazly, his aunt, as well as both of his parents. Mr. Elshazly's parents would further acknowledge that their respective homes, which they own, could be subject to seizure should Mr. Elshazly flee;

Counsel for the Government, Assistant United States Attorney Douglas Morabito, has been consulted and indicates that the Government objects to release in this matter.

## CONCLUSION

For the reasons above, Defendant requests that the Court, following a hearing, order that Mr. Elshazly be released pending the trial of this case subject to the above conditions.

Respectfully submitted,

THE DEFENDANT,
Ahmad Elshazly

OFFICE OF THE FEDERAL DEFENDER

Dated: February 7, 2020

/s/ James P. Maguire
James P. Maguire
Assistant Federal Defender
265 Church Street, Suite 702
New Haven, CT 06510
Phone: (203) 498-4200
Bar No.: ct29355
Email: James_Maguire@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 7, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ James P. Maguire
James P. Maguire