AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>3:19-mj-    (RMS) | Date and time warrant executed:<br>Dec 16, 2019 - 5:45 PM | Copy of warrant and inventory left with:<br>Safaa Ghalayini |
| Inventory made in the presence of :   Safaa Ghalayini | | |

Inventory of the property taken and name of any person(s) seized:

| | |
|---|---|
| 1 | MXQ Android TV Box |
| 2 | Flip video camera |
| 3 | Silver iphone with cracked screen |
| 4 | One black iphone without case |
| 5 | 1GB SD card |
| 6 | 32 CDs |
| 7 | Book- The Defilers: Sowing the Seeds of Terrorism |
| 8 | Iphone with cracked screen in black Mophie case |
| 9 | Panasonic DMC-SZ1 Digital Camera ( S/N FF2CA001009) |
| 10 | Samsung white cell phone (S/N RF1D321MJRY) |
| 11 | Toshiba Laptop (S/N 8E255228P) |
| 12 | SanDisk Black Flashdrive |
| 13 | Canon Powershot- Model SD880IS |
| 14 | Acer Aspire laptop- Model JAL90 |
| 15 | Samsung cell phone (IMEI: 352914/05/151050/7) |
| 16 | One small sword |
| 17 | Homemade desktop computer with Thermaltake case |

------------------------------------------END OF ITEMS---------------------------------------------

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1/13/2020

_Executing officer's signature_

Andrew L. Town   SpE(c)   ASAC, FBI

_Printed name and title_