# Return

| Case No.: 3:19-mj- (RMS) | Date and time warrant executed: Dec 20, 2019 - 10:30 AM | Copy of warrant and inventory left with: Tracy Hayes (Elshazly counsel) |
|---|---|---|

Inventory made in the presence of: Tracy Hayes

Inventory of the property taken and name of any person(s) seized:

1. Blackberry DTEK60 with Elshazly at time of arrest
2. Axon ZTE Cell Phone, Model ZTE-B20176, in clear case

-------------------------------------------END OF ITEMS-------------------------------------------

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1/13/2020

*Executing officer's signature*

Andrew L-Town, Special Agent, FBI
*Printed name and title*