AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>3:19-mj-    (RMS) | Date and time warrant executed:<br>Dec 20, 2019 - 10:30 AM | Copy of warrant and inventory left with:<br>Tracy Hayes (Elshazly counsel) |

Inventory made in the presence of : Tracy Hayes

Inventory of the property taken and name of any person(s) seized:

1. Fingerprints of Ahmad Khalil Elshazly

------------------------------------------END OF ITEMS------------------------------------------

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1/13/2020

_Executing officer's signature_

Andrew Litowitz, Special Agent, FBI
_Printed name and title_