| Return | | |
|---|---|---|
| Case No.:<br>3:19-mj-    (RMS) | Date and time warrant executed:<br>Dec 18, 2019 - 12:58 PM | Copy of warrant and inventory left with:<br>Safaa Ghalayini (upon return of vehicle) |
| Inventory made in the presence of :  Safaa Ghalayini | | |

Inventory of the property taken and name of any person(s) seized:

1. Faberware Steak Knife

--------------------------------------------END OF ITEMS--------------------------------------------

### Certification

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1/13/2020

_____
*Executing officer's signature*

Andrew Litovitz  Special Agent, FBI
*Printed name and title*