UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIM. NO.  3:19-MJ-1708 (RMS) |
| AHMAD ELSHAZLY | : | May 4, 2020 |

### MOTION TO DISMISS COMPLAINT

Pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, the government was required to obtain an indictment by April 30, 2020, if it wished to maintain this action against Mr. Elshazly. Because the government has not done so, and because the government's motion for an extension of the indictment deadline does not satisfy the requirements of § 3161, Defendant now moves to dismiss the complaint against Mr. Elshazly pursuant to 18 U.S.C. § 3162(a)(1) and Federal Rule of Criminal Procedure 48.

The grounds for this motion are further articulated in the accompanying memorandum of law.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | THE DEFENDANT,<br>Ahmad Elshazly |
|  | OFFICE OF THE FEDERAL DEFENDER |
| Dated: May 4, 2020 | /s/ James P. Maguire<br>James P. Maguire<br>Assistant Federal Defender<br>265 Church Street, Suite 702<br>New Haven, CT 06510<br>Phone: (203) 498-4200<br>Bar No.: ct29355<br>Email: James_Maguire@fd.org |

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on May 4, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                    /s/ James P. Maguire
                                    James P. Maguire