✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF Connecticut

USA

V.

Elshazly

## EXHIBIT AND WITNESS LIST

Case Number:   3:19-mj-1708 (RMS)

| PRESIDING JUDGE Robert M. Spector | PLAINTIFF'S ATTORNEY Douglas P. Morabito | DEFENDANT'S ATTORNEY James P Maguire |
|---|---|---|
| TRIAL DATE (S) 04/30/2020 | COURT REPORTER D. Huntington | COURTROOM DEPUTY T. Murphy |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 4/30/2020 | | Full | Complaint |
| 2 | | 4/30/2020 | | Full | Affidavit |
| | | 4/30/2020 | | | Plaintiff's Witness 1: Christopher Evans |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.